

**U.S. Department of Justice**

*United States Attorney*

*District of Delaware*

---

*Patricia C. Hannigan*
*Direct Dial: 302-573-6277x156*
*Facsimile: 302-573-6643*

*1007 Orange Street*
*Suite 700*
*Wilmington, Delaware 19899-2046*
*(302) 573-6277*

January 18, 2006

U.S. District Court
Attn: Intake Desk
844 N. King Street
Wilmington, DE 19801

      Re:    <u>United States v. Gina M. Porter-Wilkerson, D.V.M.</u>

Dear Sir/Madam:

    Enclosed for filing is a certified copy of a Judgment by Default regarding the above referenced individual.

    Pursuant to the authority provided in Public Law 102-408, Section 707(h)(3), we request you register this Judgment in the U.S. District Court. Please also advise us of the docket number assigned by so indicating on the attached copies which we also request be date-stamped and returned to this office.

    If you have any questions, please contact Renee A. Austin, Paralegal Specialist, at 302-573-6277.

    Thank you for your cooperation and assistance in this matter.

                              Very truly yours,

                              **COLM F. CONNOLLY**
                              United States Attorney

By:

                              **PATRICIA C. HANNIGAN**
                              Assistant U.S. Attorney
                              Delaware Bar I.D. No. 2145

Enclosure

File No. 2005Z00201

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :

       Plaintiff           :

       v.           :   MISCELLANEOUS NO.

GINA M. PORTER-WILKERSON, D.V.M.,:

       Defendant           :

**PRAECIPE TO FILE CERTIFIED JUDGMENT**

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Certified Assignment of Judgments in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **GINA M. PORTER-WILKERSON, D.V.M.**, defendant, originally entered as Case No. 58950/89, on July 10, 1990, in the Civil Court of the City of New York, in the amount of $10,662.76, which is the amount of judgment, indicating treatment of interest, court costs, and attorney's fees, plus interest from the date of Judgment at the rate of 11.00% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $27,857.23 as of January 18, 2006.

                                COLM F. CONNOLLY
                                United States Attorney

       By:      _____
                                PATRICIA C. HANNIGAN
                                Assistant United States Attorney
                                Delaware Bar I.D. No. 2145

## ASSIGNMENT OF JUDGMENT

I, MICHAEL W. TYRRELL, representing Florida Federal Savings Bank of 560 Carillon Parkway, City of St. Petersburg, County of Pinellas, State of Florida, in consideration of the sum of $10,765.26, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign to assignee the judgment, recovered by Florida Federal Savings Bank on July 10, 1990, docketed in Civil Court of the City of New York, Case #58950/89, against GINA M. PORTER for $10,662.76 [amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate].

Assignor authorizes the United Sates of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the judgment.

I have executed this assignment at 560 Carillon Parkway this 30th day of October, 1990.

_____
MICHAEL W. TYRRELL

Sworn to and subscribed before me this
30th day of October, 1990.

_____
Notary Public, State of Florida at Large.
My Commission Expires:_____

Notary Public
State of Florida at Large
My Commission Expires Oct. 25, 1991

6047/43

attorney for the undersigned under a retainer agreement consistent with the terms of this authorization. Counsel is hereby authorized to institute legal action against __Gina M. Porter__ for the collection of a __note__ in the principal sum of __$9,144.94__ and to conduct all necessary arrangements and correspondence with General American Credits, Inc.___. In addition to collection of the principal sum, counsel is hereby authorized to collect all amounts authorized by law including but not limited to court costs, disbursements and attorney fees. Suit shall be commenced in our name only, and the attorney shall be regarded as our attorney and he shall be free to report directly to us or through you, as our agent, as he desires. The attorney shall remit any money recovered less his fees and disbursements to you as our agent, and you shall forward to us said sum less your agreed commission and disbursements.

__FLORIDA FEDERAL SAVINGS BANK__

Incorporated under the laws of the state of __Florida__
Authorized by _Michael H. Izrell_ (signature)
Dated this __27th__ day of __July__, 19__89__

---

**RECEIPT FOR CERTIFICATION**

N° 37298

_Florida Federal Savings Bank_ vs. _Gina M. Porter_   Index Number __58958__  19__89__

State of New York, County of __NEW YORK__ ss.:

I, __Jack Baer__, Chief Clerk of the Civil Court of the City of New York, hereby certify that I have compared the attached copy with the original _Assignment of Judgment_ on file in my office and that it is a correct and complete transcript of the original.

Fee: $5.00
☐ Cash   ☐ Check   ☐ Money Order

IN WITNESS WHEREOF, I have subscribed my name and affixed the seal of this court, this __3rd__ day of __January__ 2001

_Signature of Court Employee, and Title_
CIV-RB-30 (4/90) (Replaces 43-4005)

Chief Clerk, Civil Court

**RECEIPT FOR CERTIFICATION**

No. 37297

State of New York, County of NEW YORK ss.:

I, Jack Baer, Chief Clerk of the Civil Court of the City of New York, hereby certify that I have compared the attached copy with the original Judgment on file in my office and that it is a correct and complete transcript of the original.

☐ Cash  ☐ Check  ☑ Money Order

**Fee: $5.00**

_[signature]_
Signature of Court Employee, and Title

RB-30 (4/90) (Replaces 43-4005)

Florida Federal Savings Bank vs. Nina M. Potts

Index Number 58958  19 84

IN WITNESS WHEREOF, I have subscribed my name and affixed the seal of this court, this 3rd day of January, 2001 19___.

_[signature]_
Chief Clerk, Civil Court

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 58   /89

FLORIDA FEDERAL SAVINGS BANK,

Plaintiff(s)

against

GINA M. PORTER,

Defendant(s)

An action against a natural person based upon non-payment of a contractual obligation.†

Judgment Rendered in Favor of

Florida Federal Savings Bank

Plaintiff(s)

Residing at P. O. Box 2243
St. Petersburgh, Florida

APR 18 1990
JUN 15 1990
ENTERED CLERK'S OFFICE JUL 19 1990 CIVIL COURT NEW YORK COUNTY

Amount claimed in complaint .................................................................. $9,934.25
    Interest ..... from July 27, 1989 at 11% per annum ................................ 728.51
    Total .................. $10,662.76

Costs by Statute ................................................. $ 50.00
Service of summons and complaint ................... 5.00
Filing of summons and complaint ....................... 25.00
Prospective Marshal's Fee .................................. 22.50
Military Service Affidavit ....................................

                                                                                                        102.50

Total $102.50   $ 10,765.26

STATE OF NEW YORK, COUNTY OF BRONX                       ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, one of* the attorney(s) of record for the plaintiff(s) in the above entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount: that the time of the defendant Gina M. Porter to appear and answer herein has expired and that said defendant has not appeared and answered herein.

The undersigned affirms this statement to be true under the penalties of perjury.

Dated: 3/26/90

                                                                     Type name beneath signature
                                                                     CAROL F. ARCURI

JUDGMENT entered on JUL 19 1990   19   .
Service of the summons and complaint                                                                 in this action on the defendant(s) herein having been completed on December 1, 1989.

*by personal delivery thereto to defendant*
*within the City of New York on that day and more than 30 days having elapsed*
*by the filing on said day of proof of the service thereof by substitute service on defendant
and more than 30 days having elapsed since the day of completion of service and the time of said defendant to appear and answer having expired, and the said defendant not having appeared and answered herein

NOW, ON MOTION OF ARCURI & ARCURI
attorney(s) for the plaintiff(s) it is,
ADJUDGED that Florida Federal Savings Bank

EXEMP. COPY RECEIPT FEE $10.00
9/28/90 RECEIPT 16225

residing at P. O. Box 2243, St. Petersburgh, Florida
recover(s) of Gina M. Porter
residing at 930 St. Nicholas Avenue, Apt. 25, New York, New York 10032
the sum of $ 9,934.25   with interest of $ 728.51   making a total of $ 10,662.76
together with $ 102.50   costs and disbursements, amounting in all to the sum of $ 10,765.26
and that plaintiff(s) have execution therefor.

NOV 23 1990   012247
TRANSCRIPT ISSUED FOR $ 10785.26   defendant(s).

CERTIFICATION RECEIPT FEE $5.00
11-18-94 RECEIPT # 23872

                                                                                                                                      Clerk

* strike out if inapplicable.
† A notice of default must be mailed to defendants in an action against a natural person based upon non-payment of a contractual obligation (CPLR 308, as amended). Delete if inapplicable.

## AFFIDAVIT, AUTHORIZATION

STATE OF    Florida

COUNTY OF   Pinellas

       Florida Federal Savings Bank

           VS

       Gina M. Porter

## AFFIDAVIT

Michael W. Tyrrell being duly sworn according to law doth depose and say that he is Assistant Vice President and that he has knowledge of the facts herein set forth and is duly authorized to make this affidavit, and that the annexed account is, within the knowledge of the affiant, just, true and correct; that there is now due and owing from said debtor the sum of Nine thousand nine hundred thirty-four dollars and 25/100 ($9,934.25) dollars with interest on an account stated at 11 percent and all payments, credits and offsets have been deducted.

## AUTHORIZATION

The undersigned, having elected not to exercise the privilege of selecting an attorney in this matter, herewith and by these present authorize General American Credits, Inc. as our agent, to retain an

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Certified Judgment was served upon defendant by depositing same in the United States mail, postage prepaid, this 18th day of January, 2006, addressed to:

> **GINA M. PORTER-WILKERSON, D.V.M.**
> 1800 Concord Pike
> Wilmington, DE 19803

PATRICIA C. HANNIGAN
Assistant United States Attorney